**RETURN** after Served

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 24 2020
CAROL L. MICHEL
CLERK

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Greg S. Adams )
Plaintiff )
v. ) Civil Action No. 19-12802
Superior Energy Services ) Section "G"(3)
Defendant )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Superior Energy Services
*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: time cards, hr reports on Keith Thomasee, emails from myself to Mr. Thomasee, files of all employees under Keith Thomasee

| Place: 203 Commission Blvd Lafayette, La. 70508 | Date and Time: March 5, 2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: 203 Commission Blvd Lafayette, La. 70508 | Date and Time: March 5, 2020 10:00 am |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: January 10th 2020

_____ Fee _____
_____ Process _____
X Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

Carol L. Michel
CLERK OF COURT

_____     _____
Signature of Clerk or Deputy Clerk         Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Greg Adams
1826 Fox Run Drive Apt #4 Lake Charles, La. 70605, who issues or requests this subpoena, are:
(337) 769-5778

**TENDERED FOR FILING**

Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

JAN 24 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1 Return Subpoena

Greg Adams
1826 Fox Run Drive
Apt # 4
Lake Charles, La. 70605

BATON ROUGE LA 707
24 JAN 2020 PM 5 L

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, La. 70130

1 Return Subpoena