UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREG S. ADAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12802** |
| **SUPERIOR ENERGY SERVICES** | **SECTION: "G" (3)** |

## ORDER

Due to a conflict with the Court,

**IT IS ORDERED** that the preliminary conference currently set for Wednesday, January 29, 2020 at 10:00 a.m. is hereby continued to Monday, February 10, 2020 at 9:30 a.m.

New Orleans, Louisiana on this 29th day of January 2020.

**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**